**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
|  | : |  |
|  | : | Civ. No. 20-2138 |
| **IN RE BELARAMINO PERALTA** | : |  |
|  | : |  |
|  | : | Bky. No. 18-16661 |

### O R D E R

**AND NOW**, this 3rd day of June, 2020, upon consideration of the Clerk of the U.S. Bankruptcy Court's notice (Doc. No. 2), it appears that Appellant has not complied with Bankruptcy Rule 8009 by failing to file with the Bankruptcy Court a designation of the record on appeal and statement of issues to be presented. Accordingly, it is hereby **ORDERED** that this appeal is **DISMISSED**, and the matter is **REMANDED** to the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.